United States District Court

Eastern District of California

Marvellous A. X. Greene,

      Plaintiff,　　　　　　　　　　No. Civ. S 03-1854 DFL PAN P

  vs.　　　　　　　　　　　　　　Order

C. D. C., et al.,

      Defendants.

-oOo-

April 27, 2005, plaintiff filed a document styled "motion to substitute defendant," notifying the court of his new address without the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135. Plaintiff shall file a proof of service within ten days.

So ordered.

Dated: May 31, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge