United States District Court

Eastern District of California

Marvellous A. Greene, Sr.,

      Plaintiff,

vs.

C. K. Pliler,

      Defendant.

No. Civ. S 03-1854 DFL PAN P

Order

-oOo-

July 7, 2005, plaintiff filed a request for production of documents.

Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

1  The court therefore takes no action on plaintiff's July 7,
2  2005, request for production of documents.
3  So ordered.
4  Dated: October 18, 2005.

             /s/ Peter A. Nowinski
             PETER A. NOWINSKI
             Magistrate Judge