United States District Court

Eastern District of California

Marvellous A. Greene, Sr.,

       Plaintiff,                    No. Civ. S 03-1854 DFL PAN P

   vs.                             Order

C. K. Pliler,

       Defendant.

-oOo-

    July 22, 2005, defendant requested an extension of time to respond to discovery requests. Good cause appearing, defendant's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: October 20, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge