United States District Court

Eastern District of California

Marvellous A. Greene, Sr.,

     Plaintiff,                   No. Civ. S 03-1854 DFL PAN P

  vs.                             Order

C. K. Pliler,

     Defendant.

-oOo-

August 8, 2005, plaintiff filed a document styled, "Motion in Limine," objecting to documents defendant Pliler produced in response to plaintiff's discovery request upon the ground they contain confidential information which, if disclosed, would result in someone putting a "contract" on his life.

These documents are not presently before the court. Insofar as defendant seeks to introduce these documents at trial, plaintiff may then request the court limit their presentation.

Accordingly, I deny plaintiff's August 8, 2005, motion

1  without prejudice to renewal later in these proceedings.
2       So ordered.
3       Dated:  November 29, 2005.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge