United States District Court

Eastern District of California

Marvellous A. Greene, Sr.,

     Plaintiff,                   No. Civ. S 03-1854 DFL PAN P

  vs.                          Order

C. K. Pliler,

     Defendant.

-oOo-

Plaintiff is a prisoner, without counsel, prosecuting this civil rights action on the claim defendant violated his rights by revoking work privileges based upon a disability.  September 29, 2005, plaintiff moved pursuant to Fed. R. Civ. P. 37(a)(2)(B), to compel defendants to respond to requests for documents. Defendant filed an opposition.

A party may move for an order compelling discovery with respect to objections or other failure to respond to interrogatories or requests to produce documents.  Fed. R. Civ.

1  P. 37(a)(2)(B), 33(b)(5),  34(b).
2       Local Rule 34-250(c) requires a party seeking an order
3  compelling production of documents to file a copy of the requests
4  for production and responses thereto which are in issue.
5  Plaintiff has not complied with this rule.
6       Furthermore, the May 23, 2005, schedule required all
7  discovery motions be filed no later than September 9, 2005, and
8  so plaintiff's motion is late.
9       For these reasons, I hereby deny plaintiff's September 29,
10 2005, motion.
11      So ordered.
12      Dated:  November 29, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge