United States District Court

Eastern District of California

Marvellous A. X. Greene,

        Plaintiff,　　　　　　　　　No. Civ. S 03-1854 DFL PAN P

   vs.　　　　　　　　　　　　　Order

C. K. Pliler,

        Defendant.

-oOo-

    November 4, 2005, defendant requested an extension of time to file and serve a dispositive motion.  Good cause appearing, defendant's request is granted and time is extended until 45 days from the date this order is signed.  See Fed. R. Civ. P. 16(b).

    So ordered.

    Dated:  December 20, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge