IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A. X. GREENE,

        Plaintiff,                    No. CIV S-03-1854 DFL PAN P

   vs.

C.D.C. et al.,

        Defendants.           ORDER

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. On September 19, 2005, he filed a document styled, "Motion Under Seal," detailing the history of his involvement with gangs so the court would "know why I'm in ad-seg," and requesting the court to file this document under seal.

        This document makes no argument or request relevant to this action.

        The court will deny the request.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's September 19, 2005, "Motion Under Seal," is denied.

DATED: May 17, 2006.

                                  UNITED STATES MAGISTRATE JUDGE

\004\gree1854.dny file under seal