IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A. GREENE, SR.,

    Plaintiff,                    No. CIV 03-1854 DFL PAN P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendant.               ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 3, 2006, defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. On February 10, 2006, plaintiff filed an objection to the motion for summary judgment in which he stated that he would not file an opposition to the motion for summary judgment until the court ruled on his September 19, 2005 motion for leave to file a second amended complaint.

        Plaintiff's motion for leave to file a second amended complaint is not accompanied by a proposed second amended complaint for the court to review. Cf. Fed. R. Civ. P. 15; 28 U.S.C. § 1915A  Moreover, the court cannot determine from the motion whether

/////

/////

1

plaintiff might be able to present in a proposed second amended complaint factual allegations that would support an additional claim for relief cognizable in this § 1983 action. For these reasons, the motion will be denied.[1]

By order filed April 26, 2006, plaintiff was directed to file within thirty days an opposition, if any he had, to the motion for summary judgment. Plaintiff did not respond in any way to the court's April 26, 2006 order. For that reason, on June 1, 2006, this court issued findings and recommendations recommending that this action be dismissed pursuant to Fed. R. Civ. P. 41(b). On June 9, 2006, plaintiff filed objections to the findings and recommendations.

In plaintiff's objections, he states under penalty of perjury that he did not received defendants' motion because he was on suicide watch from late February until May 2006, that he "hung himself" on March 7, 2006, and thereafter was in a crisis bed and did not receive any legal mail. Good cause appearing, the findings and recommendations will be vacated and the court will give plaintiff one final opportunity to file and serve an opposition to defendants' motion for summary judgment.

After review of the record herein, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's September 19, 2005 motion for leave to file a second amended complaint is denied.

2. Plaintiff's September 19, 2005 "Ex Parte Motion" shall be placed in the court file and disregarded.

3. The findings and recommendations filed June 1, 2006 are vacated;

4. Defendants shall forthwith reserve a copy of their February 3, 2006 motion for summary judgment and accompanying documents on plaintiff;

---

[1] On the same day that plaintiff filed his motion to amend, he filed a document styled an "Ex Parte Motion Under Seal." Plaintiff acknowledges that the material contained therein is not relevant to matters at bar. The document will not be placed under seal. It will, however, be disregarded.

5.  Plaintiff shall have thirty days thereafter to file and serve an opposition to defendants' motion;

6.  Defendants' reply, if any, shall be filed and served not later than ten days thereafter; and

7.  No extensions of the deadlines set in this order will be granted for any reason.

DATED: June 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/gree1854.vac